RECEIVED

NOV 27 2007 *MB*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 27 2007

Dawayne Tolliver

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6659
JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN

vs.

City of Chicago
Chicago Police Department
at 3340 W. Fihimore To Subpoena Their Names
for the S.O.S. also any
and all Police Officer's
that has been indicted by their Police Misconduct
To Subpoena their names and all
Police Departments Police Officers
Also the names of 51st S. Wentworth
Chicago Police Department Station
of Police Misconduct

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Dawayne Tolliver

   B. Date of Birth: 9-24-58

   C. List all aliases: _____

   D. Prisoner identification number: 2007007256 9

   E. Place of present confinement: Cook County jail

   F. Address: P.O. Box 089002 Chicago, Ill, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: City of Chicago
      Title: City of Chicago
      Place of Employment: City Hall

   B. Defendant: Chicago Police Officer's To be Subpoeng Their Name
      Title: Police Officer's
      Place of Employment: Fillmore Chicago Police Department

   C. Defendant: Chicago Police Officer's To be Subpoeng Their Names
      Title: Police Officer's
      Place of Employment: Chicago Police Department

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   City of Chicago
   51th South Wentworth
   Chicago Police Department Station
   of Police Misconduct
   Chicago Police Officers Names to be Subpoena Star No #

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dawayne Tolliver vs. Cook County Sheriff also Tolliver vs. Medical of Cook County jail Treatment

B. Approximate date of filing lawsuit: Nov. or between Dec. 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Cook County jail, Cook County Medical Staff Hospitals Stroger, Chicago Police Officer Jenkins City of Chicago, Chicago Police Department

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: Medical Treatment, Conditions of Confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case is still pending

I. Approximate date of disposition: I haven't had not yet I believe

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

A) Names of cases and docket Number  Dawayne Tolliver Vs. Chicago Police Officer Jenkins

B) Approximate date of filing lawsuit. Sept. between Oct. 1998

C) List all plaintiffs. (if you had co-plaintiffs) including my aliases: N/A

D) List all defendants: Cook County jail, Cook County Medical Staff, Stroger Hospital, Provident Hospital Chicago, Police Officer Jenkins,

E) Court in which the lawsuit was filed? If federal court, name the district, If state court name the County  Northeren District of Illinois Eastern Division

F) Name of Judge to whom case was assigned  Judge Aspen

G) Basic claim made: Police Brutality of Misconduct

H) Disposition of this case. For example; was the case dismissed? Was it appealed? Is it still pending? Yes The case has been dismissed

I) Approximate date of disposition  It was dismissed and I don't have all the information concerning this disposition.

A) Names of Cases and docket Number  Dawayne Tolliver Vs. City Of Chicago Chicago Police Department

B) Approximate date of filing lawsuit  9-3-06 between 10-3-06

C) List all plaintiffs (if you had co-plaintiffs) including my aliases  N/A

D) List all defendants Cook County jail, Cook County Medical Staff, Stroger Hospital, Provident Hospital, City of Chicago, Chicago, Police Department, Officer Jenkins,

E) Court in which the lawsuit was filed: If federal court, names the district: If state court, name the County  Northern District Of Illinois Eastern Division

Names of Judge to whom case was assigned  John A Nordberg

Basic Claim Made: Police Misconduct  Disposition  N/A  dismissed

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

These Police Officer's of the City of Chicago Police Department Fillmore Station the has gave false arrest, harassment, Police Misconduct I have suffer under their power of abuse at will. The O.P.S. hasn't did any thing about them doing what they want when they want and who they want to harm. Violating my Civil Rights by putting case's on me, and make it so easy the court system go along with whatever they say or put on paper even if it is a lie. This has been going on problem with testimony of them to convict me as a Victim of Police Misconduct is wrong and the Police Officer's of S.O.S. believe they are above the Law and do what they want also give's false arrest, but the judge always believe them especially because they took a Oath a swore Oath to up-hold the Law not break it.

when they get through you are left no way of hope or any help because than they get other individuals invole. Like the state Attorney's the Judge's and than they have bluid up a background because they have been doing this for many, many years even when I complaint about it, to no avail) do I receive any help, and if they will take out one of there own guys, you know I mean nothing to them, to receive bodly harm physical injury. it has happen before. And now I seek justice I might not make it alone I am in imminent danger upon my release from here. So I seeking a Subpoena for the full information of their Names along with their star Numbers of these individuals abusing there power of a sworn Oth to uphold the Law, not break it and hurt me physical injury I fear for my Life at all cost. This has happen to me before of physical injury next time I could lose my life and my Life is imminent danger upon my release. Because they go to another Police Department station to work when they have to leave, and report to another one to continue their Police misconduct, or to invade my Life to do physical injury to me for imminent danger!

Revised 5/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_To Be Conpensated         Five Million Dollars_

VI. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Dawayne Tolliver_
(Signature of plaintiff or plaintiffs)

_Dawayne Tolliver_
(Print name)

_200700 72569_
(I.D. Number)

_P.O. Box 089002_
_Chicago, Ill. 60608_
(Address)

6