

PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
## Civil Cover Sheet

NOV 27 2007
KC **F I L E D**
NOV 2 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DAWAYNE TOLLIVER

**Defendant(s):** CITY OF CHICAGO, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Dawayne Tolliver
#2007-0072569
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

07CV6659
JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke          **Date:** 11/27/07