CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

FEB 29 2008
Feb 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dawayne Tolliver

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07 C 6659
JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

City of Chicago, Richard J. Daley Mayor, Bertina E. Jampkim, Chicago Police Dept's Ex Superintendent Phillipe Cline, S.O.S., J. Pentimone 3340 W Fillmore, Police Dept State's Attorney Richard A. Devine. Also John Doe Assistant State's Attorney, Public Defender Edwin A. Burnette. Also Mark Douglas, Adolfo Simmons Grand Central Police Dept, And Arresting Officers Fasle Testimony In Court Liability of Supervisory under the Color of Law And Also for the City of Chicago for in Violation Consti for Police Misconduct John Doe Police Officers names

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:   AMENDED COMPLAINT

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Dawayne Tolliver

B. List all aliases: _____

C. Prisoner identification number: 20070072569

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago, Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: City of Chicago

Title: Chicago

Place of Employment: City Hall

B. Defendant: Richard J. Daley

Title: Mayor

Place of Employment: City Hall

C. Defendant: Phillipe Cline

Title: Ex Superintendent Phillipe Cline

Place of Employment: 3510 S. Michigan Ave

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Liability of Supervisory Officers
Ex Superintendent Phillipe Cline
Liability of Supervisory of Lawyers
Public Defender's Office Assistants
Mark Douglas, Adolfo Simmonds

Defendant    Richard A Devine
Title    Lawyer
Place of Employment    50 W. Washington

Defendant    Edwin A Burnette
Title    Lawyer
Place of Employment    2650 S. California Ave

Defendant    Bertina E. Lampkin
Title
Place of Employment    2650 S. California Ave.

Defendant John Does    J. Pentimone, 505 John Does
Title Police Officer    Police Officer
Place of Employment Grand Central    3340 W. Fillmore Street

Defendant    Mark Douglas
Title    Lawyer
Place of Employment    2650 S. California Ave.

Defendant    Adolfo Simmond
Title    Lawyer
Place of Employment    2650 S. California Ave

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take? N/A — How do you write a grievance on these individuals? (City, Chicago Police Dept's, Mayor, etc.),

2. What was the result? N/A

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

N/A

D. If your answer is NO, explain why not:

3

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

   1. What steps did you take?   N/A - I wrote O.P.S.

   2. What was the result?   N/A

H. If your answer is NO, explain why not:   N/A

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Duwayne Tolliver V. Cook County Jail, 05C 6613

B. Approximate date of filing lawsuit: 1-5-06, 10-3-06, 11-27-07, 11-27-07, 12-3-07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A Dawayne Tolliver

D. List all defendants: Cook County Sheriff, Chicago Police Officer Jenkins, City of Chicago, John Doe Police Officers J. Pentmore, James Novy, Hospital Stroger Superintendent

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: Medical Treatment, Condition of Confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case is still pending

I. Approximate date of disposition: I haven't had not yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5

Name of case and docket Number, Tolliver Vs. Cook County sheriff Medical Dept, Tolliver Vs. Cook County Dept, Administrator Approximate date of filing Lawsuit, 1-5-06/10-3-06/11-27-07/11-29-07 12-3-07

List all plaintiffs [if you had co-plaintiffs] including and aliase Dawayne Tolliver   No/aliases

List all defendants; Chicago Police Officers Jenkins, City of Chicago, Chicago Police Department, Chicago Police Officers, City of Chicago Superintendent. Cook County Sheriff. Medical Staff Cook County Administrator, City of Chicago

Name of Judge to whom case was assigned [for different cases Judge Hibbler, Bucklo, John W. Darrah United States District Court, Northern District of Illinois Eastern Division

Basic Claim [made] Police Brutality, Police Misconduct, Living Condition

Disposition of this case [for Example; Was the case dismissed? Was it appealed? No. Is it still pending yes yes the case are still pending

I have done best to my knowledge given all the information I could remember please advise me or inform me if not enough I just want to do it right and comply with the Federal Court and any Lack of information what I can remember and to ask for assistance if I forgot anything
                                         Dawayne Tolliver

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The City of Chicago is invole because they train them and hired them and they work for the City of Chicago, The exsuperintendent Phille Cline, Richard J. Daley because he is they boss and he hide the corruption of Police Officer's Misconduct and abuse of Power. As for Richard A. Devine and his assistants cover up the corruption by not holding up the constitution rights of defendant, me being abuse by these individuals to abridge me and deny me equal protection of the Law. By inadequated assistance for investigation by Edwin A. Burnette, his assistants Mark Douglas, Adolfo Simmonds, And the City of Chicago for the role by hiring J. Pentimone, SOS, John Doe's thats are Chicago Police Officer's for Police Misconduct and abuse of Power by fasle Testimony and fasle police reports and a undecency search of my body exposing it to the public view. Now back to the Richard A. Devine and assistants in his or her official capacity is the representative of all people, including the defendant me and it was as much his or her duty to safeguard the constitutional rights of the "defendant me" as those of any other citizen and it wasn't. Now these individuals Edwin A. Burnette, his assistants Mark Douglas, Adolfo Simmonds, defense counsel provided ineffective assistance by conducting inadequate investigation before the court, for not recommend investigator failed to interview key witnesses, when off his friends judgement for an answer for me, and deny me the right to appeal any decision, And Ms. Bernice Lampkm

Revised: 7/20/05

deny me my constitution right to demand trail and I was told I couldn't do that it was my right under the 6TH Amendment of the Constitution of the United States of America as a Citizen of this Country I was striaght out deny by Bertina E. Lampkin herself in person. And to Let of People violated my constitution rights and she had the power to stop it Like the rest of these individuals in power or was but as they do turn their heads away and Look away and describing no particularity interest in upholding the Law. Now Chicago Police Departments 3340 W. filimore, Grand Central Police Departments Police Officer's S.O.S, and the rest of the John Doe's use unreasonable searches and seizures of my money, my phone, my hoodie and given it to a total stranger and disrobed me and given my belongs to someone esle J. Pentimone Police #6054 Officer was also subordinates, rough, reckless and even deliberate indifference to my constitution rights when misconduct reached me when I'm arrested and stop me they was so offensive violated the privacy of my body an act that was undeceney of me looking at genitals and my butt, but I am unable to inform the court do to the assistance I had representing me, he wouldn't invole hisself or seeking another way to assist me gjadjust nothing to me he is real without him I wouldn't have any assistance at all

VI. Relief:

the Police Misconduct is real and waiting on the average citizen they do what they want and thats really scary and make me fear for my life when the Police Officer's and John Doe's can kill you and get away with it were is justice

**VI.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

for me feeling physcial pain and mental anguish of Suffering for these individuals violation my constitution rights

Ten Million Dallors

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

Dawayne Tollmer
(Signature of plaintiff or plaintiffs)

Dawayne Tollver
(Print name)

20070072569
(I.D. Number)

P.O. Box 089002
Chicago, Ill 60608
(Address)