RECEIVED

MAR 3 2008

Mar 3 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dawayne Tolliver

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago,
Richard J. Daley
Philip Cline Ex Superintendent
Chicago Police Department's
Richard A. Devine,
Assistants John Doe(s)
Edwin A. Burette
Assistants John Doe(s)
Liability of Supervisory Officers
for Special Operation Section 3340 W. Fillmore Chicago Police Department for Police Misconduct Abuse of Power

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 07C 6659
(To be supplied by the Clerk of this Court)

SECOND AMENDED COMPLAINT

CHECK ONE ONLY:   AMENDED COMPLAINT

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___   OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

   A. Name: Dawayne Tolliver

   B. List all aliases: _____

   C. Prisoner identification number: 200700725569

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago, Ill. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Richard J. Delay
      Title: Mayor
      Place of Employment: 118 N. Clark Street

   B. Defendant: Philip Cline
      Title: Ex Superintendent
      Place of Employment: 3510 South Michigan Ave,

   C. Defendant: Richard A. Devine, Assistant John Doe's
      Title: State's Attorney
      Place of Employment: 500 W. Washington Street Asst. John Doe's

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   Edwin A. Burette, Assistant John Doe's Public Defender 2650 S. California Ave

   City of Chicago, disability A John Doe's Special Operations Section 3340 W. Fillmore

   Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dawayne Tolliver V. Cook County Sheriff Tolliver V. Medical Administrator Cook County Sh ff

B. Approximate date of filing lawsuit: Dec. or Jan, 5, 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Cook County Jail, Cook County Medical Staff Hospitals John Stroger, Presidents, City of Chicago, Chicago Police Officer Jenkins, Chicago Fire Department

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: Medical Treatment, Condition of Confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case still pending

I. Approximate date of disposition: I haven't had not yet I believe

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

1) Names of cases and docket Number Dawayne Tolliver Vs. Chicago Police Officer Jenkins

Approximate date of filing lawsuit. Sept. between Oct. 1993

List all plaintiffs (if you had co-plaintiffs) including any aliases; N/A

List all defendants; Cook County Jail, Cook County Medical Staff, Stroger Hospital, Provident Hospital, Chicago Police Officer Jenkins,

) Court in which the lawsuit was filed: If federal court, name the district, If state court name the county Northern District of Illinois Eastern Division

3) Name of Judge to whom case was assigned Judge Aspen.

4) Basic claim made; Police Brutality of Misconduct

5) Disposition of this case. for example; was the case dismissed? Was it appealed? Is it still pending? Yes The case has been dismissed

6) Approximate date of disposition  It was dismissed and I don't have all the information concerning this disposition.

1) Names of Cases and docket Number Dawayne Tolliver Vs. City Of Chicago Chicago Police Department

Approximate date of filing lawsuit 9-3-06 between 10-3-06

2) List all plaintiffs (if you had co-plaintiffs) including my aliases N/A

3) List all defendants Cook County Jail, Cook County Medical Staff, Stroger, Hospital, Provident Hospital, City of Chicago, Chicago, Police Department, Officer Jenkins,

4) Court in which the lawsuit was filed: If federal Court, names the district: If state court, name the county Northern District Of Illinois Eastern Division

Names of Judge to whom case was assigned John A Nordberg

Basic Claim Made; Police Misconduct Disposition N/A dismissed

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Richard J. Daley is their boss he knew about the corruption going on inside his Police Departments of Police Misconduct against the citizen's of the City of Chicago. This individuals Philip Cline also knew what's was happening and he resign, quit without protecting the Citizen's of Chicago and this is me as a citizen my constitution Rights have been Violated by John Doe's S.O.S. 3340 W. Fillmore unreasonable searches and seizen's against me to faslets reports and arrest by the 4 Amendment. And Richard A. Devine would look the other way because they are Police Officer's that can put any thing they want on a police report and get away with it. And nothing said, but as a defendant I have a right just like any other citizen for my Constitution to be up hold. And Edwin A. Burette he violated the 6th Amendment by not performing his job and going alone with whatever the John Doe's of Richard A. Devine say or do. And his John Doe's do the same thing when they represent me, and will hide other

4                                                            Revised 9/2007

important information that could set me free not doing any invesgition work. at all no foot work as a Assistant John Doe's of Edwin A. Burrette they just come to trick you to cop out for time even if you are innocent. Because the same individuals took an oath to uphold the law they break by putting a drug case on me they already have the drugs if you don't do what they say you go to prison that's it. S.O.S. 3340 W. Fillmore is above the law and if you're not scare you must have some powerful friends behind you. I really hope that one day of being mistreated by people in power would stop hurting me and others causing pain I even been kick in the ass, hit upside the head by these S.O.S. Lock-up the federal court Judge's don't have a clue that individules as Chicago Police Officer's has the power to do what they want and the court go alone with ever they put on their Police report arrests and everyone eslse look the other way, especially when you been mislead even intimidation and threats what can I do but seek justice I'm writting these complaint up the best to my ability I'm no Lawyer, but I been mistreated by these individuals in power and violated my Constitution Rights 4-14

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Compensated, for physical, One Million Dollars and Mental suffering of faith

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Dawayne Tolliver_
(Signature of plaintiff or plaintiffs)

Dawayne Tolliver
(Print name)

2007 00 72569
(I.D. Number)

P.O. Box 089002
Chicago, Ill. 60608
(Address)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dawayne Tolliver

Case No. 07 C 6659

V.

Defendant(s) City of Chicago Special Operation Section 3340 W. Fillmore Chicago Police Dept, Ex Superintendent Philp Cline, Richard A. Devine, Assistant Richard J. Daley, Edwin A Burette, Assistant John Doe's, John Doe's

## AMENDED COMPLAINT

Police misconduct by Chicago Police Department Officer's John Doe's 3340 W. Fillmore, Daley, Devine, Burette, Cline, for looking the other way when they knew about their assistant John Doe's violating other citizen rights of the constitution 4, 14, Amendments. Being deceitful lying to the courts. They can put their selves above the law at will to fit them and cover things up when it comes to their assistant John Doe's breaking the law.