Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6659 | **DATE** | 4-29-08 |
| **CASE TITLE** | Dawayne Tolliver (#2007-0072569) v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff Dawayne Tolliver's complaint is dismissed without prejudice to plaintiff proceeding with his complaint in *Tolliver v. City of Chicago*, No. 07-6796. All pending motions in the instant case are denied as moot. This case is terminated.

■ [For further details see text below.]            Docketing to mail notices.

### STATEMENT

Plaintiff, Dawayne Tolliver (#2007-0072569), currently incarcerated at Cook County Jail, has filed several civil rights suits in this court. The complaint in this case seeks to raise claims that are also being raised in *Tolliver v. City of Chicago*, No. 07-6796, which is currently pending before Judge William Hibbler. In order to avoid duplicative suits, the court dismisses the instant case without prejudice to plaintiff proceeding with case No. 07-6796. All pending motions in the instant case are denied.

isk